**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

_____

OLD NATIONAL BANK,

                                 Plaintiffs,              Civil No. 25-4636 (JRT/LIB)

v.

                                           **ORDER OF RECUSAL**

SARAH ADAMS, et al.,

                                 Defendants.

_____

The above-captioned case is assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code, Section 455, the undersigned recuses himself from hearing these matters.

Accordingly, **IT IS ORDERED** that pursuant to the Court's Order for Assignment of Cases dated July 19, 2021, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment, and the Clerk is further directed to void and reuse a card on the master list of the automated case assignment system.

DATED:  December 17, 2025
at Minneapolis, Minnesota.

                                        s/John R. Tunheim
                                     JOHN R. TUNHEIM
                                  United States District Court