**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Old National Bank, | Court File No. 0:25-CV-04636 (PJS/LIB) |
| Plaintiff, | |
| v. | **DECLARATION OF KASEY BERNU IN OPPOSITION TO PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER** |
| Sarah Adams, Kasey Bernu, Yvette Campbell, Kimberly Ellingson, Rachal Johnson, Michael McConkey, Sharon Vold, Daniel Yantes, and Bell Bank, | |
| Defendants. | |

Kasey Bernu declares as follows:

1.      I am a Senior Personal Banking Officer for Defendant Bell Bank, and I am one of the defendants in this case. I make this declaration based on my personal knowledge of facts and events, as well as my review of relevant documents.

**My Reasons for Resigning from Old National Bank**

2.      I began working for Bremer Bank in February 2016. I enjoyed working for Bremer for almost a decade because the bank was very customer-focused, and I was trusted to do my job. I felt like I was valued, and that I was an asset to the team.

3.      My experience was not the same after Bremer merged with Old National Bank ("ONB") in May 2025. I observed that ONB did not prioritize the customer experience. It seemed as if I cared much more about my customers than ONB did.

4.      I believe my level of customer service is much higher than ONB's. If a customer asks me a question, I want to get back to them with an answer by the end of the day. My philosophy is that a customer should be able to leave the bank with their problem

solved. More often than not, this was not possible after Bremer customers transitioned to ONB.

5.      ONB's systems and technology are outdated compared to Bremer's. The conversion of Bremer's customers to ONB's systems in October 2025 went terribly.

6.      As we worked tirelessly to troubleshoot the many issues our customers experienced on ONB's systems, my co-workers and I were putting in 60+ hour work weeks, and we did not even have time to take meal breaks on many days.

7.      It felt as if we had no support from ONB. We asked ONB to send more ambassadors to support us during the transition, but we had to do it on our own.

8.      I hated disappointing customers, and I hated myself. Customers that I have worked with for nearly 20 years (since before my employment with Bremer) and my co-workers could see that I was not the same, and that I was unhappy. Several customers approached me with the names of connections at other banks that they knew were hiring.

9.      Sarah Adams, who I worked with at the Baxter branch, and Rachal Johnson, who spent time at our branch as part of her treasury management duties, were both very aware that I was unhappy and considering leaving, and I was likewise aware that they were unhappy. The work environment was toxic for all of us.

10.     One night after work in mid-November 2025, I met Sarah and Rachal at Boulder's Tap. They told me they were considering leaving to join Bell Bank with the other Employee Defendants. I told them that I wanted to leave with them.

11.     Sarah and Rachel did not pressure me into this decision; it was mine alone to make. I chose to leave ONB because I knew my customers and I would all suffer if I stayed.

2

12.     I chose to share my compensation information with Sarah so it could be provided to Bell Bank.

<u>**Relevant Events Relating to My Resignation**</u>

13.     Before resigning from ONB on December 8, 2025, I prepared and left detailed notes on all of my existing and outstanding items. I left folders with information on "pending" items and on "completed" items.

14.     I did not take any ONB documents with me when I resigned.

15.     The only items I packed up and took with me were personal belongings, including a fan, awards I have won during my time with Bremer, personal family photographs, decorations, and my phone charger.

16.     **True and correct images of the things I took from ONB's Baxter office when I resigned are attached as Exhibit A.**

17.     I am not aware of any ONB policy requiring security to walk an employee out of the building when they resign.

18.     Since resigning, I have reached out to four ONB employees, including Jessica Robieson, Allison Bellos, Katie Bellos, and Ashley Wheeler. All four are women I have worked closely with for many years and consider friends. I did not ask any of them to come over to work for Bell Bank.  I called because I felt I owed them an explanation for why I resigned.

19.     While I have connected with customers since joining Bell Bank, 90% of those customers have contacted me rather than me contacting them. Customers have asked me, "Hey, we were in the bank today. Where did you go?"

3

20.    Each time an ONB customer calls me, I give them the name of a contact person at ONB who can help them with their needs. My message has generally been, "Allison is on my [old] office. She has my same direct dial. Call her and she will help you."

21.    In my experience, the customers I have long worked with – since well before ONB and in many cases, since before I worked at Bremer – are loyal to their banker, not to any specific bank. Customers have said to me, "Wherever you go, we go."

22.    I have never had any non-compete or non-solicitation agreement, or even any written employment agreement, with Bremer or ONB.

23.    I am not aware of any, so never took any, compilations of information from ONB that contained branch and banker specific customer lists, call sheets, and pipeline or sales reports identifying existing and prospective customers and cross-sell opportunities. Nor have I shared any of these things with Bell Bank.

24.    I have not used or disclosed any confidential information that I may have obtained during my employment with ONB.

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, information, and belief. Executed on December 21, 2025.

s/ Kasey Bernu

Kasey Bernu

# EXHIBIT A

Attached to the Declaration of **Kasey Bernu**
in opposition to Old National Bank's

Motion for Temporary Restraining Order

*Old National Bank v. Adams et al.*

Case No. 0:25-CV-04636 (PJS/LIB)



Exhibit A to Bernu Decl. in Opp. to ONB's Motion for TRO                    2



Exhibit A to Bernu Decl. in Opp. to ONB's Motion for TRO                                         3



Exhibit A to Bernu Decl. in Opp. to ONB's Motion for TRO                    4



Exhibit A to Bernu Decl. in Opp. to ONB's Motion for TRO                    5