UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

OLD NATIONAL BANK,  Case No. 25-CV-4636 (PJS/LIB)

        Plaintiff,

v.  ORDER

SARAH ADAMS; KASEY BERNU;
YVETTE CAMPBELL; KIMBERLY
ELLINGSON; RACHEL JOHNSON;
MICHAEL MCCONKEY; SHARON VOLD;
DANIEL YANTES; BELL BANK,

        Defendants.

---

    Christopher S. Griesmeyer and Zachary Mulcrone, GREIMAN, ROME & GRIESMEYER, LLC; Mack H. Reed, LEWIS BRISBOIS BISGAARD & SMITH, LLP, for plaintiff.

    Randi J. Winter, Heidi J. Bassett, and Ariel K. Lierz, SPENCER FANE LLP, for defendants Sarah Adams, Kasey Bernu, Yvette Campbell, Kimberly Ellingson, Rachel Johnson, Michael McConkey, Sharon Vold, and Daniel Yantes.

    Jonathan P. Norrie, BRADFORD ANDRESEN NORRIE & CAMAROTTO, for defendant Bell Bank.

    Plaintiff Old National Bank ("ONB") brings this action against eight of its former employees and their new employer, Bell Bank. ONB alleges misappropriation of trade secrets, breach of fiduciary duty, and related claims.

    This matter is before the Court on ONB's motion for a temporary restraining order, which, because defendants had notice and an opportunity to respond, the Court

treats as a motion for a preliminary injunction.  *See* Fed. R. Civ. P. 65(a)(1).  For the reasons stated on the record at the December 23, 2025, hearing, the motion is denied.

ORDER

Based on the foregoing, and on all of the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT plaintiff's motion for a preliminary injunction [ECF No. 7] is DENIED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  December 23, 2025            /s/ Patrick J. Schiltz
                                                    Patrick J. Schiltz, Chief Judge
                                                    United States District Court