**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| OLD NATIONAL BANK, <br><br> Plaintiff, <br><br> v. <br><br> SARAH ADAMS, KASEY BERNU, YVETTE CAMPBELL, KIMBERLY ELLNGSON, RACHAL JOHNSON, MICHAEL MCCONKEY, SHARON VOLD, DANIEL YANTES, and BELL BANK, <br><br> Defendants. | Civil File No.: 25-CV-04636 (PJS/LIB) <br><br><br> **BELL BANK'S STATEMENT OF THE CASE** |

Pursuant to Paragraph 3 of the Pretrial Scheduling Notice and Order dated February 19, 2026, Defendant Bell Bank submits this Statement of the Case.

**A.      Facts of the case.**

In early November 2025, an employee of Bell Bank communicated with one of the Employee Defendants regarding potential employment opportunities. At this same time, Bell Bank learned that numerous other Old National Bank employees were also planning to leave ONB, and that these individuals were interested in seeking employment Bell Bank. After arranging subsequent meetings with the Employee Defendants, and after confirming that none of these individuals had non-solicitation or non-competition agreements, Bell Bank made individual offers of employment to each of the Employee Defendants.

1

The Employee Defendants accepted their individual offers from Bell Bank between November 20 and November 21, 2025. The Employee Defendants resigned from ONB on December 8, 2025, and began working at Bell Bank.

ONB commenced this lawsuit on December 15, 2025, and filed a motion for a temporary restraining order the next day. The Court denied ONB's motion during a December 23, 2025, hearing. On January 13, 2026, Bell Bank and the Employee Defendants filed a joint motion to dismiss ONB's Complaint. In response, ONB filed an Amended Complaint on February 3, 2026. The Defendants thereafter filed a motion to dismiss the Second Amended Complaint. The motion is scheduled to be heard on May 4, 2026.

**B.    Particularized facts which support Bell Bank's defenses.**

ONB alleges that Bell Bank has misappropriated ONB's trade secrets and that it wrongfully conspired with the Employee Defendants to terminate their employment with ONB and take ONB's confidential information. As described in Defendants' motion to dismiss, ONB has failed to adequately plead the existence, use or disclosure of trade secrets. As discussed in their submissions to the Court, the Employee Defendants did not recruit one another or otherwise violate any fiduciary duties. Accordingly, Bell Bank cannot be found to have aided or abetted such acts. ONB's tortious interference claims are untenable because the Amended Complaint fails to allege key components of such claims. For example, ONB cannot sustain a claim for tortious interference with prospective advantage when it has not identified a single prospective customer it lost because of any defendant's wrongful conduct. Similarly, ONB's claim for tortious interference with

2

contract fails because they have not alleged the actual breach of any contract. ONB's various other allegations also fail to state viable legal claims upon which relief may be granted.

In addition to these legal failings, the facts do not support ONB's allegations. Bell Bank engaged in permissible competition by hiring individuals who actively solicited Bell Bank for employment opportunities. Bell Bank did not violate any agreements that would restrict the Employee Defendants' ability to terminate their employment with ONB and immediately commence subsequent employment with Bell Bank.

Bell Bank did not encourage or direct any of the Employee Defendants to solicit one another, nor did it participate in any such solicitation. Moreover, Bell Bank specifically cautioned the Employee Defendants against taking any confidential information from ONB upon their departure, and likewise told the Employee Defendants that they may not use any of ONB's confidential information while employed at Bell Bank. Bell Bank does not possess and has not used ONB's confidential information or trade secrets.

**C.      Itemization and explanation of any claimed damages.**

Bell Bank has not claimed any damages.

**BRADFORD ANDRESEN NORRIE
& CAMAROTTO**

Dated: March 9, 2026

By: _s/ Jonathan P. Norrie_
Jonathan P. Norrie (#347309)
3600 American Boulevard W., Suite 670
Bloomington, MN 55431
Telephone: (612) 474-1811
jnorrie@banclaw.com
***Attorneys for Bell Bank***

3