UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

OLD NATIONAL BANK,                              Case No. 25-CV-4636 (PJS/LIB)

      Plaintiff,

v.                                              ORDER

SARAH ADAMS; KASEY BERNU;
YVETTE CAMPBELL; KIMBERLY
ELLINGSON; RACHEL JOHNSON;
MICHAEL MCCONKEY; SHARON VOLD;
DANIEL YANTES; and BELL BANK,

      Defendants.

---

Christopher S. Griesmeyer and Zachary Mulcrone, GREIMAN, ROME &
GRIESMEYER, LLC; Mack H. Reed and Bethany R. Jewison, LEWIS
BRISBOIS BISGAARD & SMITH, LLP, for plaintiff.

Heidi J. Bassett, Randi J. Winter, and Ariel K. Lierz, SPENCER FANE LLP,
for defendants Sarah Adams, Kasey Bernu, Yvette Campbell, Kimberly
Ellingson, Rachal Johnson, Michael McConkey, Sharon Vold, and Daniel
Yantes.

Jonathan P. Norrie, BRADFORD ANDRESEN NORRIE & CAMAROTTO,
for defendant Bell Bank.

Plaintiff Old National Bank ("ONB") brings this action against eight of its former

employees and their new employer, Bell Bank. ONB alleges misappropriation of trade

secrets, breach of fiduciary duty, and related claims.

This matter is before the Court on defendants' Fed. R. Civ. P. 12(b)(6) motion to

dismiss ONB's first amended complaint for failure to state a claim. As discussed on the

record at the May 4, 2026, hearing, the Court finds that Counts I and II state plausible

claims for relief.  Moreover, the Court concludes that the remaining claims are better

addressed on a full record.  Accordingly, defendants' motion to dismiss is denied.

ORDER

Based on the foregoing, and on all of the files, records, and proceedings herein,

IT IS HEREBY ORDERED THAT defendants' motion [ECF No. 65] to dismiss plaintiff's

first amended complaint [ECF No. 64] is DENIED.

Dated:  May 4, 2026

/s/ Patrick J. Schiltz
Patrick J. Schiltz, Chief Judge
United States District Court