**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

OLD NATIONAL BANK,

Plaintiff,

v.

SARAH ADAMS, KASEY BERNU, YVETTE CAMPBELL, KIMBERLY ELLINGSON, RACHAL JOHNSON, MICHAEL MCCONKEY, SHARON VOLD, DANIEL YANTES, and BELL BANK,

Defendants.

Case No.: 0:25-cv-04636-PJS-LIB
Judge Patrick J. Schiltz
Magistrate Judge Leo I. Brisbois

**NOTICE OF WITHDRAWAL OF COUNSEL**

Bethany R. Jewison of Lewis Brisbois Bisgaard & Smith LLP hereby gives notice that she withdraws as counsel for Plaintiff Old National Bank. Mack H. Reed of Jackson Lewis P.C., and Christopher S. Griesmeyer and Zachary Mulcrone of Greiman, Rome & Griesmeyer, LLC remain as counsel of record for Old National Bank.

Dated: July 27, 2026

Respectfully submitted,

LEWIS BRISBOIS BISGAARD & SMITH, LLP

*/s/ Bethany R. Jewison*

Bethany R. Jewison (505680)
90 South 7th Street, Suite 2800
Minneapolis, MN 55402
Phone: (612) 428-5000
Fax: (612) 428-5001
bethany.jewison@lewisbrisbois.com

*Withdrawing Counsel for Plaintiff Old National Bank*

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2026, I electronically filed the foregoing ***Notice of Withdrawal of Counsel***, with the Clerk of the Court via the CM/ECF System, which will send notification of such filing to those registered to receive electronic notices via email to all counsel of record.

Dated: July 27, 2026

Lewis Brisbois Bisgaard & Smith, LLP

*/s/ Bethany R. Jewison*
Bethany R. Jewison (505680)
90 South 7th Street, Suite 2800
Minneapolis, MN 55402
Phone: (612) 428-5000
Fax: (612) 428-5001
bethany.jewison@lewisbrisbois.com