**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Old National Bank,<br><br>Plaintiff,<br><br>v.<br><br>Sarah Adams, Kasey Bernu, Yvette Campbell, Kimberly Ellingson, Rachal Johnson, Michael McConkey, Sharon Vold, Daniel Yantes, and Bell Bank,<br><br>Defendants. | Court File No. 0:25-CV-04636 (PJS/LIB)<br><br>**CERTIFICATE OF COMPLIANCE** |

---

The Employee Defendants' Memorandum of Law in Support of Their Motion to Compel complies with the 12,000-word limit set forth in Local Rule 7.1(f), as the memorandum contains 5,916 words, excluding the caption and signature page. The undersigned utilized Microsoft® Office 365 to produce the memorandum and to calculate the word count. The undersigned adjusted Microsoft® Word 365's Word Count tool to include all text, including headings, footnotes, glossaries, and quotations. The memorandum also complies with the type size limitation set forth in Local Rule 7.1(h), as it utilizes Times New Roman font size 13.

Dated: August 19, 2026

**SPENCER FANE LLP**

/s/ *Heidi J. Bassett*
Randi J. Winter, #391354
Heidi J. Bassett, #386386
Ariel K. Lierz, #397355
100 South Fifth Street, Suite 2500
Minneapolis, MN 55402
Phone: (612) 268-7007
rwinter@spencerfane.com
hbassett@spencerfane.com
alierz@spencerfane.com

*Counsel for Employee Defendants*