# EXHIBIT F

**From:** Zachary Mulcrone <zmulcrone@grglegal.com>
**Sent:** Thursday, May 14, 2026 4:18 PM
**To:** Bassett, Heidi; Solberg, Melissa; Chris Griesmeyer; Reed, Mack; Jewison, Bethany; April Bernath
**Cc:** Jonathan Norrie; Samantha Buckman; Patricia Jones; Lierz, Ariel; Winter, Randi
**Subject:** [EXTERNAL] RE: Old National Bank v. Sarah Adams, et al. - 5/8/2026 Employee Defendants' Discovery Responses

**[Warning] This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.**

Hi Heidi,

Tuesday at 10 a.m. works.

We have concerns about the search terms the Employee Defendants proposed. At a minimum, we would also want to expand the list to include Bell, the first name of each Employee Defendant, the short version of the first name of each Employee Defendant (Dan, Mike, etc.), and the last name of each Employee Defendant. We would also want to expand the date range for Kasey Bernu. That said, I have not yet finished going through all the Defendants' discovery responses, so we are not going to be ready, by tomorrow, to provide a complete proposed search term list. In addition, before we officially propose additional terms, we want to discuss what sources of documents these terms will apply to and what fields are being searched by the terms. So, it probably makes sense for you to hold off on having your vendor run any terms until after we talk on Tuesday.

As far as your questions about the content of ONB's production, we can discuss on Tuesday.

As to the completeness of ONB's production, as I mentioned during our call, ONB agreed in response to RFP No. 2 to produce the documents sufficient to show the factual bases for the allegations in the First Amended Complaint. That production is complete.

During our call, we also discussed potentially expanding the scope of ONB's production to include documents reviewed during the investigation. After speaking with ONB, I learned that the universe of electronic materials that were assembled and reviewed (or potentially reviewed) during ONB's investigation is contained on a segregated folder in ONB's systems. There was some trouble getting those documents to our vendor, but I just got access to them today. I hope to get a handle on what's in there over the next few days and then we can discuss.

We also owe you a privilege log. I was planning to hold off because it sounds like Defendants are going to want ONB's production in response to RFP No. 2 supplemented, but if you want the log earlier, please let me know. (There will only be 4 or 5 entries.)

I look forward to speaking with you on Tuesday.

Thanks,
Zach

**Zachary Mulcrone**
**Greiman, Rome & Griesmeyer, LLC**
205 W. Randolph Street, Suite 2300
Chicago, Illinois 60606
(312) 428-2746 (Direct)

(847) 567-4556 (Mobile)

GREIMAN, ROME & GRIESMEYER, LLC
business advisors. litigation professionals.

This message (and any attachments) may contain information that is privileged and confidential. If you have received this message in error, please reply to notify us of the error and then immediately delete the message and any attached files.

---

**From:** Bassett, Heidi <hbassett@spencerfane.com>
**Sent:** Wednesday, May 13, 2026 10:08 AM
**To:** Zachary Mulcrone <zmulcrone@grglegal.com>; Solberg, Melissa <msolberg@spencerfane.com>; Chris Griesmeyer <cgriesmeyer@grglegal.com>; Reed, Mack <mack.reed@lewisbrisbois.com>; Jewison, Bethany <bethany.jewison@lewisbrisbois.com>; April Bernath <abernath@grglegal.com>
**Cc:** Jonathan Norrie <jnorrie@banclaw.com>; Samantha Buckman <sbuckman@banclaw.com>; Patricia Jones <pjones@banclaw.com>; Lierz, Ariel <alierz@spencerfane.com>; Winter, Randi <rwinter@spencerfane.com>
**Subject:** RE: Old National Bank v. Sarah Adams, et al. - 5/8/2026 Employee Defendants' Discovery Responses

***WARNING EXTERNAL MESSAGE***
Hi Zach,

I can talk on Tuesday at 10 a.m. In the meantime, please let me know if you want to propose alternative search terms so our vendor can get things moving. If we don't have a proposal

Also, some questions on your production:

- Your written discovery responses state that ONB reviewed "physical materials" in offices, desks, etc. Can you give me the bates numbers for these materials in the production?
- It appears the only emails involved in ONB's investigation were the Employee Defendants' resignation letters and the email from Chris Anderson. Did I overlook others?
- The videos have gaps in time (7:20-7:47 in Baxter, 7:57-8:30 in Brainerd), and the Brainerd videos are from different cameras. Do you know why there are gaps, and why there's different footage from cameras in Brainerd between those two videos?
- Which bates numbers relate to ONB's comparison to determine whether the Employee Defendants' actions were consistent with "ordinary" activity?

Finally, is this the complete production, or are you planning to produce additional documents? If the latter, when do you anticipate producing the rest?

Thanks,
Heidi

**Heidi Bassett** Partner
Spencer Fane LLP

100 South Fifth Street, Suite 2500 | Minneapolis, MN 55402
O 612.268.7110
hbassett@spencerfane.com | spencerfane.com

---

**From:** Zachary Mulcrone <zmulcrone@grglegal.com>
**Sent:** Wednesday, May 13, 2026 9:48 AM
**To:** Bassett, Heidi <hbassett@spencerfane.com>; Solberg, Melissa <msolberg@spencerfane.com>; Chris Griesmeyer <cgriesmeyer@grglegal.com>; Reed, Mack <mack.reed@lewisbrisbois.com>; Jewison, Bethany