# EXHIBIT G

**From:** Bassett, Heidi
**Sent:** Tuesday, May 19, 2026 4:32 PM
**To:** Zachary Mulcrone; Solberg, Melissa; Chris Griesmeyer; Reed, Mack; Jewison, Bethany; April Bernath; Wolf, Luke
**Cc:** Jonathan Norrie; Samantha Buckman; Patricia Jones; Lierz, Ariel; Winter, Randi; Haven Wojciak
**Subject:** ONB/Employee Defendant's Meet-and-Confer (Follow Up)

Hi Zach,

Thanks for your time today. To confirm the items we discussed from the Employee Defendants' perspective:

1. I understand there aren't yet Bates numbers for the physical materials left in offices, on desks, etc. because your office is scanning those now. I will appreciate receiving that production by the end of this week.
2. The documents that ONB reviewed to determine whether the Employee Defendants' printing actions were consistent with their "ordinary" activity are also in the batch of physical documents you plan to produce this week, so I'd appreciate it if you would send me those Bates numbers when you have them. Then I will know what I'm looking at.
3. We need complete versions of the video footage. You produced the videos from your client but did not review them first, so here's a summary of what we have and the missing parts that we need within a week:
    a. Bates 1377 – 6 cameras in Baxter from 7:47 a.m. to noon.
    b. Bates 1378 – (the same) 6 cameras in Baxter from 7:05 to 7:20 a.m.
    (We need the video to include 7:20 a.m. to 7:46 a.m. for all 6 cameras)
    c. Bates 1379 – 3 cameras in Brainerd from 7:15 to 7:57 a.m.
    d. Bates 1380 – 4 cameras (only 2 of which are the same as cameras in 1379) in Brainerd from 8:30 to 11:30 a.m.
    (We need the video from *all* the cameras from 7:15 to 11:30 a.m.)
4. You have declarations that you received from employees, and you will produce those to us within a week.
5. You now have the full file of documents ONB says it collected in its investigation, and those will be produced once you figure out how to efficiently mark them for confidentiality or identify potentially privileged information. Our position is these were always within the scope of our document request, so they should have been produced on May 8 with ONB's other documents. We request production of these documents by the end of the month.
6. I'll send you the Bates numbers of documents with AEO designations that we must show our clients so they can confirm their reasons for printing. I should be able to get that list to you tomorrow so you can confirm with ONB that the AEO designation should be removed.
7. Your office has not conducted searches or extractions in ONB's systems. The materials you have are what ONB has sent. As I explained, we will have to address this with Magistrate Judge Brisbois, because there is no way to know if ONB is producing responsive documents related to its investigation if counsel hasn't looked for them. For example, communications between ONB employees about the investigation must be produced, and ONB cannot self-select what it decides we can see.

Finally, you asked whether I want you to wait to serve a privilege log until after ONB has produced everything. I prefer to stick with the Court's ESI order requiring privilege logs within 30 days of each production. I have no problem with supplemental privilege logs as additional documents are produced.

Thanks,
Heidi

**Heidi Bassett** Partner
Spencer Fane LLP

100 South Fifth Street, Suite 2500 | Minneapolis, MN 55402
O 612.268.7110
hbassett@spencerfane.com | spencerfane.com