# EXHIBIT H

| | |
|---|---|
| **From:** | Bassett, Heidi |
| **Sent:** | Tuesday, May 26, 2026 6:54 AM |
| **To:** | Zachary Mulcrone; Solberg, Melissa; Chris Griesmeyer; Reed, Mack; Jewison, Bethany; April Bernath; Wolf, Luke |
| **Cc:** | Jonathan Norrie; Samantha Buckman; Patricia Jones; Lierz, Ariel; Winter, Randi; Haven Wojciak |
| **Subject:** | RE: ONB/Employee Defendant's Meet-and-Confer (Follow Up) |

Thank you, Zach. We still need the Bates numbers for the second list of documents in my email from last Tuesday. Can your team send those today?

**Heidi Bassett** Partner
Spencer Fane LLP

100 South Fifth Street, Suite 2500 | Minneapolis, MN 55402
O 612.268.7110
hbassett@spencerfane.com | spencerfane.com

**From:** Zachary Mulcrone
**Sent:** Friday, May 22, 2026 4:36 PM
**To:** Bassett, Heidi ; Solberg, Melissa ; Chris Griesmeyer ; Reed, Mack ; Jewison, Bethany ; April Bernath ; Wolf, Luke
**Cc:** Jonathan Norrie ; Samantha Buckman ; Patricia Jones ; Lierz, Ariel ; Winter, Randi ; Haven Wojciak
**Subject:** [EXTERNAL] RE: ONB/Employee Defendant's Meet-and-Confer (Follow Up)

**[Warning] This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.**

Hi Heidi,

You can treat the documents identified in your email below as Confidential rather than AEO.

Our e-discovery vendor is in the process of preparing the production of the copies of the physical documents and the declarations. At this point, it seems unlikely that it will get them to us today.

Have a nice holiday weekend.

Thanks,
Zach

**Zachary Mulcrone**
**Greiman, Rome & Griesmeyer, LLC**
205 W. Randolph Street, Suite 2300
Chicago, Illinois 60606
(312) 428-2746 (Direct)
(847) 567-4556 (Mobile)

GREIMAN, ROME & GRIESMEYER, LLC
business advisors. litigation professionals.

This message (and any attachments) may contain information that is privileged and confidential. If you have received this message in error, please reply to notify us of the error and then immediately delete the message and any attached files.

**From:** Bassett, Heidi <hbassett@spencerfane.com>
**Sent:** Tuesday, May 19, 2026 6:34 PM
**To:** Zachary Mulcrone <zmulcrone@grglegal.com>; Solberg, Melissa <msolberg@spencerfane.com>; Chris Griesmeyer <cgriesmeyer@grglegal.com>; Reed, Mack <mack.reed@lewisbrisbois.com>; Jewison, Bethany <bethany.jewison@lewisbrisbois.com>; April Bernath <abernath@grglegal.com>; Wolf, Luke <lwolf@spencerfane.com>
**Cc:** Jonathan Norrie <jnorrie@banclaw.com>; Samantha Buckman <sbuckman@banclaw.com>; Patricia Jones <pjones@banclaw.com>; Lierz, Ariel <alierz@spencerfane.com>; Winter, Randi <rwinter@spencerfane.com>; Haven Wojciak <hwojciak@banclaw.com>
**Subject:** RE: ONB/Employee Defendant's Meet-and-Confer (Follow Up)

***WARNING EXTERNAL MESSAGE***
Zach,

As promised, the following list of ONB's documents have AEO designations that we need to address. These documents are identified in specific allegations against our clients, so unless ONB withdraws its allegations, our clients need to see the documents to appropriately defend themselves. We propose changing the designation of these documents to Confidential:

| ONB Bates | Document | ¶ in Amended Complaint |
|---|---|---|
| 1174 | Spreadsheet | 74(a) |
| 1066-1067 | Consent and Joinder | 74(b) |
| 778-827 | Amended and Restated Dec. | 74(c) |
| 1078-1152 | First Amendment to Master Dec. | 74(c) |
| 1162 | List of residential lots | 74(d) |
| 1163 | List of residential lots tied | 74(d) |
| 828-1043 | Appraisal | 74(e) |
| 1390-1592 | Appraisal | 74(e) |
| 1358-1361 | 8/25 proposal | 76(a) |

Next, there are specific allegations against our clients for which we haven't been able to locate the documents. Please identify these documents by Bates numbers:

| ONB Bates | Document | ¶ in Amended Complaint |
|---|---|---|
| | Call list spreadsheet | 75 |
| | Loan file of Customer A.H. | 76(a) |
| | Customer account verification letters and covenant waivers | 76(b) |
| | Loan file and closing documents | 77(a) |
| | Account statements | 77(b) |
| | CLT Project Finances spreadsheet | 78 |
| | Customer income tax return | 79(a) |
| | More than 2 dozen emails | 79(b) |
| | More than a dozen account statements | 79(c) |

| | | |
|---|---|---|
| | "How to Guide RE Leases" | 79(d) |
| | Pipeline reports | 79(e) |
| | Spreadsheet of matured and maturing notes | 80 |

Thanks,
Heidi

**Heidi Bassett** Partner
Spencer Fane LLP

100 South Fifth Street, Suite 2500 | Minneapolis, MN 55402
O 612.268.7110
hbassett@spencerfane.com | spencerfane.com

---

**From:** Bassett, Heidi
**Sent:** Tuesday, May 19, 2026 4:32 PM
**To:** 'Zachary Mulcrone' <zmulcrone@grglegal.com>; Solberg, Melissa <msolberg@spencerfane.com>; Chris Griesmeyer <cgriesmeyer@grglegal.com>; Reed, Mack <mack.reed@lewisbrisbois.com>; Jewison, Bethany <bethany.jewison@lewisbrisbois.com>; April Bernath <abernath@grglegal.com>; Wolf, Luke <lwolf@spencerfane.com>
**Cc:** Jonathan Norrie <jnorrie@banclaw.com>; Samantha Buckman <sbuckman@banclaw.com>; Patricia Jones <pjones@banclaw.com>; Lierz, Ariel <alierz@spencerfane.com>; Winter, Randi <rwinter@spencerfane.com>; Haven Wojciak <hwojciak@banclaw.com>
**Subject:** ONB/Employee Defendant's Meet-and-Confer (Follow Up)

Hi Zach,

Thanks for your time today. To confirm the items we discussed from the Employee Defendants' perspective:

1. I understand there aren't yet Bates numbers for the physical materials left in offices, on desks, etc. because your office is scanning those now. I will appreciate receiving that production by the end of this week.
2. The documents that ONB reviewed to determine whether the Employee Defendants' printing actions were consistent with their "ordinary" activity are also in the batch of physical documents you plan to produce this week, so I'd appreciate it if you would send me those Bates numbers when you have them. Then I will know what I'm looking at.
3. We need complete versions of the video footage. You produced the videos from your client but did not review them first, so here's a summary of what we have and the missing parts that we need within a week:
    a. Bates 1377 – 6 cameras in Baxter from 7:47 a.m. to noon.
    b. Bates 1378 – (the same) 6 cameras in Baxter from 7:05 to 7:20 a.m.
    (We need the video to include 7:20 a.m. to 7:46 a.m. for all 6 cameras)
    c. Bates 1379 – 3 cameras in Brainerd from 7:15 to 7:57 a.m.
    d. Bates 1380 – 4 cameras (only 2 of which are the same as cameras in 1379) in Brainerd from 8:30 to 11:30 a.m.
    (We need the video from *all* the cameras from 7:15 to 11:30 a.m.)
4. You have declarations that you received from employees, and you will produce those to us within a week.