# EXHIBIT I

| | |
|---|---|
| **From:** | Zachary Mulcrone <zmulcrone@grglegal.com> |
| **Sent:** | Thursday, May 28, 2026 11:46 AM |
| **To:** | Bassett, Heidi; Solberg, Melissa; Chris Griesmeyer; Reed, Mack; Jewison, Bethany; April Bernath; Wolf, Luke |
| **Cc:** | Jonathan Norrie; Samantha Buckman; Patricia Jones; Lierz, Ariel; Winter, Randi; Haven Wojciak |
| **Subject:** | [EXTERNAL] RE: ONB/Employee Defendant's Meet-and-Confer (Follow Up) |

**[Warning] This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.**

Hi Heidi,

ONB's second production included all the documents found in or on the desks of the Employee Defendants after their departures. To clarify one thing from your May 19 email below, I did not state that the documents found in or in or on the desks of the Employee Defendants were "the documents"—i.e., the only documents—that ONB reviewed to evaluate the Employee Defendants' printing activity. I stated that those documents were part of what ONB reviewed to evaluate the Employee Defendants' printing activity.

With respect to your other questions, as I mentioned, ONB will be producing the folder of electronic documents it compiled as part of its investigation after it completes its confidentiality and privilege review of those 12,000+ documents. If the documents you reference below were reviewed or compiled as part of ONB's investigation, they were either (a) in the documents ONB already produced, or (b) in the documents ONB will be producing (meaning they do not yet have Bates numbers). In either case, I do not recall seeing an interrogatory requiring ONB to provide Bates numbers for specific subsets of documents within its production.

As for meeting and conferring, I am pretty open this Monday and Tuesday. Let me know what times would work for you.

Thanks,
Zach

**Zachary Mulcrone**
**Greiman, Rome & Griesmeyer, LLC**
205 W. Randolph Street, Suite 2300
Chicago, Illinois 60606
(312) 428-2746 (Direct)
(847) 567-4556 (Mobile)

GRG GREIMAN, ROME & GRIESMEYER, LLC
business advisors. litigation professionals.

This message (and any attachments) may contain information that is privileged and confidential. If you have received this message in error, please reply to notify us of the error and then immediately delete the message and any attached files.

---

**From:** Bassett, Heidi <hbassett@spencerfane.com>
**Sent:** Wednesday, May 27, 2026 2:21 PM
**To:** Zachary Mulcrone <zmulcrone@grglegal.com>; Solberg, Melissa <msolberg@spencerfane.com>; Chris Griesmeyer <cgriesmeyer@grglegal.com>; Reed, Mack <mack.reed@lewisbrisbois.com>; Jewison, Bethany <bethany.jewison@lewisbrisbois.com>; April Bernath <abernath@grglegal.com>; Wolf, Luke <lwolf@spencerfane.com>

**Cc:** Jonathan Norrie <jnorrie@banclaw.com>; Samantha Buckman <sbuckman@banclaw.com>; Patricia Jones <pjones@banclaw.com>; Lierz, Ariel <alierz@spencerfane.com>; Winter, Randi <rwinter@spencerfane.com>; Haven Wojciak <hwojciak@banclaw.com>
**Subject:** FW: ONB/Employee Defendant's Meet-and-Confer (Follow Up)

***WARNING EXTERNAL MESSAGE***
Zach,

I am following up again on unresolved issues related to ONB's document production. These include:

1. Missing Bates numbers for documents referenced in ONB's Complaint (requested in the attached email).
2. Missing Bates numbers associated with ONB's comparison to determine whether printing activity was "consistent" with ordinary activity (requested in #2 below)
3. Complete video footage (requested in #3 below)

Also, is it ONB's position that your second production contained all "physical materials" left in offices, on desks, etc.?

Finally, I'd like to confer about ONB's answer to our first interrogatory. Please let me know a good time for a call this Friday or early next week. I will send you a summary of the issues before we talk, so you can review and confer with your team in advance.

Thanks,
Heidi

**Heidi Bassett** Partner
Spencer Fane LLP

100 South Fifth Street, Suite 2500 | Minneapolis, MN 55402
O 612.268.7110
hbassett@spencerfane.com | spencerfane.com

---

**From:** Bassett, Heidi
**Sent:** Tuesday, May 19, 2026 4:32 PM
**To:** 'Zachary Mulcrone' <zmulcrone@grglegal.com>; Solberg, Melissa <msolberg@spencerfane.com>; Chris Griesmeyer <cgriesmeyer@grglegal.com>; Reed, Mack <mack.reed@lewisbrisbois.com>; Jewison, Bethany <bethany.jewison@lewisbrisbois.com>; April Bernath <abernath@grglegal.com>; Wolf, Luke <lwolf@spencerfane.com>
**Cc:** Jonathan Norrie <jnorrie@banclaw.com>; Samantha Buckman <sbuckman@banclaw.com>; Patricia Jones <pjones@banclaw.com>; Lierz, Ariel <alierz@spencerfane.com>; Winter, Randi <rwinter@spencerfane.com>; Haven Wojciak <hwojciak@banclaw.com>
**Subject:** ONB/Employee Defendant's Meet-and-Confer (Follow Up)

Hi Zach,

Thanks for your time today. To confirm the items we discussed from the Employee Defendants' perspective: