# EXHIBIT J

**From:** Bassett, Heidi
**Sent:** Tuesday, June 2, 2026 3:12 PM
**To:** Zachary Mulcrone; Solberg, Melissa; Chris Griesmeyer; Reed, Mack; Jewison, Bethany; April Bernath; Wolf, Luke
**Cc:** Jonathan Norrie; Samantha Buckman; Patricia Jones; Lierz, Ariel; Winter, Randi; Haven Wojciak
**Subject:** RE: ONB/Employee Defendant's Meet-and-Confer (Follow Up)

Zach,

Confirming our conversation today (see interlineated notes below). Let me know if I misunderstood anything.

Thanks,
Heidi

**Heidi Bassett** Partner
Spencer Fane LLP

100 South Fifth Street, Suite 2500 | Minneapolis, MN 55402
O 612.268.7110
hbassett@spencerfane.com | spencerfane.com

---

**From:** Bassett, Heidi
**Sent:** Tuesday, June 2, 2026 9:05 AM
**To:** 'Zachary Mulcrone' ; Solberg, Melissa ; Chris Griesmeyer ; Reed, Mack ; Jewison, Bethany ; April Bernath ; Wolf, Luke
**Cc:** Jonathan Norrie ; Samantha Buckman ; Patricia Jones ; Lierz, Ariel ; Winter, Randi ; Haven Wojciak
**Subject:** RE: ONB/Employee Defendant's Meet-and-Confer (Follow Up)

Zach,

As promised, I'm sending a summary of issues from the Employee Defendants' perspective for our 2 p.m. call. Hopefully, this will help us keep things efficient.

1. ONB's answer is not signed under oath by anyone from ONB. I had a cut off version, so this is not an issue.
2. The answer states that ONB "assembled and reviewed branch security footage... for relevant locations and time periods" but does not reveal the locations (just Brainerd and Baxter?) and time periods. This also relates to the issue we discussed related to the security cameras, as it appears we did not receive all the footage. You confirmed Brainerd/Baxter. For video, ONB reviewed what it produced. I asked whether ONB reviewed more than it produced, and your position is "that sounds like a good deposition question."
3. The answer states that ONB reviewed physical materials found in "offices, desks, printer areas, and other available locations" but does not state *which* offices, desks, or printer areas, or describe the "other available locations." You think ONB won't have an issue with supplementing/amending, but you'll confirm and get back to me.

4. ONB states that it reviewed "email accounts" but does not say whose accounts – only the Employee Defendants', or were there others? You will ask ONB whether it is willing to identify the email accounts it reviewed (just the Employee Defendants, or others?)
5. The interrogatory also asked for ONB's communications with employees and customers, but these are not included in the answer. If ONB communicated with no employees or customers, the answer should state as much. If ONB did communicate with employees and/or customers, the answer should include this. You think this piece may have been overlooked, so you will ask ONB to supplement/amend.
6. The definition of "identify" as it relates to a document includes a description, title/date, the subject matter, authors/addressees, and the document's present location and custodian, but no such information is provided. We are fine with production of the documents in lieu of written detail, but Fed. R. Civ. P. 33(d) requires that the documents must be described in sufficient detail to enable the Defendants to locate and identify them "as readily" as ONB can. As you've seen in our other emails, we invested a *lot* of time trying to identify documents in ONB's production that were referenced in the Complaint, but there are quite a few that we couldn't identify. If ONB looked at a document during its investigation and relied on it, it has been produced. If we want to know which documents were referenced in the Amended Complaint, we should issue an interrogatory asking for those Bates numbers.

Finally, acknowledging your objection to the breadth of the request (particularly the phrase "relate to"), I think we can fine tune the interrogatory in a workable way. I'll give it some more thought and we can discuss it more during our call. I will email you a proposed revised interrogatory to try and address the scope objections.

Thanks,
Heidi

**Heidi Bassett** Partner
Spencer Fane LLP

100 South Fifth Street, Suite 2500 | Minneapolis, MN 55402
O 612.268.7110
hbassett@spencerfane.com | spencerfane.com

---

**From:** Zachary Mulcrone <zmulcrone@grglegal.com>
**Sent:** Monday, June 1, 2026 10:43 AM
**To:** Bassett, Heidi <hbassett@spencerfane.com>; Solberg, Melissa <msolberg@spencerfane.com>; Chris Griesmeyer <cgriesmeyer@grglegal.com>; Reed, Mack <mack.reed@lewisbrisbois.com>; Jewison, Bethany <bethany.jewison@lewisbrisbois.com>; April Bernath <abernath@grglegal.com>; Wolf, Luke <lwolf@spencerfane.com>
**Cc:** Jonathan Norrie <jnorrie@banclaw.com>; Samantha Buckman <sbuckman@banclaw.com>; Patricia Jones <pjones@banclaw.com>; Lierz, Ariel <alierz@spencerfane.com>; Winter, Randi <rwinter@spencerfane.com>; Haven Wojciak <hwojciak@banclaw.com>
**Subject:** [EXTERNAL] RE: ONB/Employee Defendant's Meet-and-Confer (Follow Up)

**[Warning] This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.**

---

2 works

**Zachary Mulcrone**
**Greiman, Rome & Griesmeyer, LLC**
205 W. Randolph Street, Suite 2300

Chicago, Illinois 60606
(312) 428-2746 (Direct)
(847) 567-4556 (Mobile)

GRG GREIMAN, ROME & GRIESMEYER, LLC
business advisors. litigation professionals.

This message (and any attachments) may contain information that is privileged and confidential. If you have received this message in error, please reply to notify us of the error and then immediately delete the message and any attached files.

---

**From:** Bassett, Heidi <hbassett@spencerfane.com>
**Sent:** Monday, June 1, 2026 10:42 AM
**To:** Zachary Mulcrone <zmulcrone@grglegal.com>; Solberg, Melissa <msolberg@spencerfane.com>; Chris Griesmeyer <cgriesmeyer@grglegal.com>; Reed, Mack <mack.reed@lewisbrisbois.com>; Jewison, Bethany <bethany.jewison@lewisbrisbois.com>; April Bernath <abernath@grglegal.com>; Wolf, Luke <lwolf@spencerfane.com>
**Cc:** Jonathan Norrie <jnorrie@banclaw.com>; Samantha Buckman <sbuckman@banclaw.com>; Patricia Jones <pjones@banclaw.com>; Lierz, Ariel <alierz@spencerfane.com>; Winter, Randi <rwinter@spencerfane.com>; Haven Wojciak <hwojciak@banclaw.com>
**Subject:** RE: ONB/Employee Defendant's Meet-and-Confer (Follow Up)

***WARNING EXTERNAL MESSAGE***
Hi Zach,

Unfortunately, since my email on Friday, another commitment claimed my time this afternoon. I'm available tomorrow afternoon any time starting at 2 – is there a time that works for you?

**Heidi Bassett** Partner
Spencer Fane LLP

100 South Fifth Street, Suite 2500 | Minneapolis, MN 55402
O 612.268.7110
hbassett@spencerfane.com | spencerfane.com

---

**From:** Zachary Mulcrone <zmulcrone@grglegal.com>
**Sent:** Monday, June 1, 2026 9:41 AM
**To:** Bassett, Heidi <hbassett@spencerfane.com>; Solberg, Melissa <msolberg@spencerfane.com>; Chris Griesmeyer <cgriesmeyer@grglegal.com>; Reed, Mack <mack.reed@lewisbrisbois.com>; Jewison, Bethany <bethany.jewison@lewisbrisbois.com>; April Bernath <abernath@grglegal.com>; Wolf, Luke <lwolf@spencerfane.com>
**Cc:** Jonathan Norrie <jnorrie@banclaw.com>; Samantha Buckman <sbuckman@banclaw.com>; Patricia Jones <pjones@banclaw.com>; Lierz, Ariel <alierz@spencerfane.com>; Winter, Randi <rwinter@spencerfane.com>; Haven Wojciak <hwojciak@banclaw.com>
**Subject:** [EXTERNAL] RE: ONB/Employee Defendant's Meet-and-Confer (Follow Up)

**[Warning] This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.**

---

2 p.m. today works.

That is not ONB's position.

Thanks,
Zach

**Zachary Mulcrone**

**Greiman, Rome & Griesmeyer, LLC**
205 W. Randolph Street, Suite 2300
Chicago, Illinois 60606
(312) 428-2746 (Direct)
(847) 567-4556 (Mobile)

GREIMAN, ROME & GRIESMEYER, LLC
business advisors. litigation professionals.

This message (and any attachments) may contain information that is privileged and confidential. If you have received this message in error, please reply to notify us of the error and then immediately delete the message and any attached files.

---

**From:** Bassett, Heidi <hbassett@spencerfane.com>
**Sent:** Friday, May 29, 2026 2:56 PM
**To:** Zachary Mulcrone <zmulcrone@grglegal.com>; Solberg, Melissa <msolberg@spencerfane.com>; Chris Griesmeyer <cgriesmeyer@grglegal.com>; Reed, Mack <mack.reed@lewisbrisbois.com>; Jewison, Bethany <bethany.jewison@lewisbrisbois.com>; April Bernath <abernath@grglegal.com>; Wolf, Luke <lwolf@spencerfane.com>
**Cc:** Jonathan Norrie <jnorrie@banclaw.com>; Samantha Buckman <sbuckman@banclaw.com>; Patricia Jones <pjones@banclaw.com>; Lierz, Ariel <alierz@spencerfane.com>; Winter, Randi <rwinter@spencerfane.com>; Haven Wojciak <hwojciak@banclaw.com>
**Subject:** RE: ONB/Employee Defendant's Meet-and-Confer (Follow Up)

***WARNING EXTERNAL MESSAGE***
Zach,

How about Monday at 2 p.m.?

My request for Bates numbers in #1 below is specific to documents referenced in ONB's First Amended Complaint. You said ONB's first production contained the documents it reviewed to support its claims (except for the physical documents/items, which you said were in the second production). We conducted a thorough review of the productions but were unable to identify some documents. Is it your position that ONB produced all the documents reference in its pleading, but you will not help me identify them by Bates numbers?

**Heidi Bassett** Partner
Spencer Fane LLP

100 South Fifth Street, Suite 2500 | Minneapolis, MN 55402
O 612.268.7110
hbassett@spencerfane.com | spencerfane.com

---

**From:** Zachary Mulcrone <zmulcrone@grglegal.com>
**Sent:** Thursday, May 28, 2026 11:46 AM
**To:** Bassett, Heidi <hbassett@spencerfane.com>; Solberg, Melissa <msolberg@spencerfane.com>; Chris Griesmeyer <cgriesmeyer@grglegal.com>; Reed, Mack <mack.reed@lewisbrisbois.com>; Jewison, Bethany <bethany.jewison@lewisbrisbois.com>; April Bernath <abernath@grglegal.com>; Wolf, Luke <lwolf@spencerfane.com>
**Cc:** Jonathan Norrie <jnorrie@banclaw.com>; Samantha Buckman <sbuckman@banclaw.com>; Patricia Jones <pjones@banclaw.com>; Lierz, Ariel <alierz@spencerfane.com>; Winter, Randi <rwinter@spencerfane.com>; Haven Wojciak <hwojciak@banclaw.com>
**Subject:** [EXTERNAL] RE: ONB/Employee Defendant's Meet-and-Confer (Follow Up)

**[Warning] This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.**

---