**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| OLD NATIONAL BANK,<br><br>Plaintiff,<br>v.<br><br>SARAH ADAMS, KASEY BERNU, YVETTE CAMPBELL, KIMBERLY ELLINGSON, RACHAL JOHNSON, MICHAEL MCCONKEY, SHARON VOLD, DANIEL YANTES, and BELL BANK,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 0:25-cv-04636 (PJS/LIB) |

**LR 7.1(f) CERTIFICATE OF COMPLIANCE**

Undersigned counsel certifies that Plaintiff Old National Bank's Opposition to the Employee Defendants' Motion to Compel (the "Brief") contains 11,614 words and complies with the limits in Local Rule 7.1(f) and with the type-size limit of Local Rule 7.1(h). Undersigned counsel further certifies that, in preparation of the Brief, counsel used Microsoft Word Version 2607 Build 20228.20188, and that the word-count feature of this word-processing program has been applied to all text, including headings, footnotes, and quotations in calculating the number of words in the Brief.

Dated: August 26, 2026

Respectfully submitted,

**OLD NATIONAL BANK, Plaintiff**

By: *\/s/ Mack H. Reed*
One of Its Attorneys

Mack H. Reed (398703)
JACKSON LEWIS P.C.
150 South Fifth Street, Suite 3500
Minneapolis, Minnesota 55402
Phone: (612) 341-8131
mack.reed@jacksonlewis.com

and

Christopher S. Griesmeyer (IL No. 6269851, *pro hac vice*)
Zachary Mulcrone (IL No. 6300387, *pro hac vice*)
GREIMAN, ROME & GRIESMEYER, LLC
205 West Randolph Street, Suite 2300
Chicago, Illinois 60606
Phone: (312) 428-2750
cgriesmeyer@grglegal.com
zmulcrone@grglegal.com