**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| OLD NATIONAL BANK,<br><br>Plaintiff,<br>v.<br><br>SARAH ADAMS, KASEY BERNU, YVETTE CAMPBELL, KIMBERLY ELLINGSON, RACHAL JOHNSON, MICHAEL MCCONKEY, SHARON VOLD, DANIEL YANTES, and BELL BANK,<br><br>Defendants. | ) | Case No. 0:25-cv-04636 (PJS/LIB) |

**DECLARATION OF ZACHARY MULCRONE**
**<u>IN SUPPORT OF ONB'S MOTION TO COMPEL</u>**

I, Zachary Mulcrone, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney with Greiman, Rome & Griesmeyer, LLC, and counsel for Plaintiff Old National Bank ("ONB") in this action. I submit this declaration in support of ONB's Motion to Compel Discovery from the Employee Defendants. I have personal knowledge of the matters stated below.

2. Attached as **Exhibit A** is a true and correct copy of ONB's First Set of Interrogatories to the Employee Defendants, served April 8, 2026.

3. Attached as **Exhibits B** through **I** are true and correct copies of each Employee Defendant's original answers dated May 8, 2026, and Second Supplemental and Amended Answers dated September 29, 2026. Each exhibit combines that employee's original and supplemental answers, as follows:

- **Exhibit B:** Sarah Adams
- **Exhibit C:** Kasey Bernu
- **Exhibit D:** Yvette Campbell
- **Exhibit E:** Kimberly Ellingson
- **Exhibit F:** Rachal Johnson
- **Exhibit G:** Michael McConkey
- **Exhibit H:** Sharon Vold
- **Exhibit I:** Daniel Yantes

4. Each combined exhibit preserves the original page numbers of the component answers. Citations in ONB's memorandum distinguish the original answers from the September 29 supplemental answers and refer to the page numbers printed on each component.

5. Attached as **Exhibit J** is a true and correct copy of an email exchange between counsel for ONB and counsel for the Employee Defendants.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 14, 2026

By: *<u>/s/ Zachary Mulcrone</u>*

Zachary Mulcrone (IL No. 6300387, *pro hac vice*)
GREIMAN, ROME & GRIESMEYER, LLC
205 West Randolph Street, Suite 2300
Chicago, Illinois 60606
Phone: (312) 428-2750
zmulcrone@grglegal.com