**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| OLD NATIONAL BANK,<br><br>Plaintiff,<br>v.<br><br>SARAH ADAMS, KASEY BERNU, YVETTE CAMPBELL, KIMBERLY ELLINGSON, RACHAL JOHNSON, MICHAEL MCCONKEY, SHARON VOLD, DANIEL YANTES, and BELL BANK,<br><br>Defendants. | ) | Case No. 0:25-cv-04636 (PJS/LIB) |

**LOCAL RULE 7.1(a)(1) MEET AND CONFER STATEMENT**

On May 19, 2026, counsel for ONB (Zachary Mulcrone) and the Employee Defendants (Heidi Bassett) met and conferred in good faith via Microsoft Teams concerning the Employee Defendants' interrogatory responses, including their responses to Interrogatory Nos. 9-11. Counsel thereafter exchanged extensive emails concerning those responses over several months, and the Employee Defendants ultimately agreed to withdraw their certain objections to those interrogatories. On September 11, Mr. Mulcrone and Ms. Bassett again discussed the incomplete interrogatory responses orally during a remote conference. On October 7, after the Employee Defendants supplemented their responses, ONB emailed their counsel explaining that "the supplements still provide only a subset of the requested information." ONB also invited another discussion: "If you would like to meet and confer again, we are happy to do so on October 8 or 9." The Employee Defendants did not accept that invitation, and the deficiencies presented in this motion remain unresolved.

Dated: October 14, 2026

Respectfully submitted,

**OLD NATIONAL BANK, Plaintiff**

By: *Mack H. Reed*
One of Its Attorneys

Mack H. Reed (MN No. 398703)
JACKSON LEWIS P.C.
150 South Fifth Street, Suite 3500
Minneapolis, Minnesota 55402
Phone: (612) 341-8131
mack.reed@jacksonlewis.com

and

Christopher S. Griesmeyer (IL No. 6269851, *pro hac vice*)
Zachary Mulcrone (IL No. 6300387, *pro hac vice*)
GREIMAN, ROME & GRIESMEYER, LLC
205 West Randolph Street, Suite 2300
Chicago, Illinois 60606
Phone: (312) 428-2750
cgriesmeyer@grglegal.com
zmulcrone@grglegal.com