**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Old National Bank,<br><br>Plaintiff,<br><br>v.<br><br>Sarah Adams, Kasey Bernu, Yvette Campbell, Kimberly Ellingson, Rachal Johnson, Michael McConkey, Sharon Vold, Daniel Yantes, and Bell Bank,<br><br>Defendants. | Court File No. 0:25-CV-04636 (PJS/LIB)<br><br>**EMPLOYEE DEFENDANTS' SECOND MOTION TO COMPEL** |

---

Defendants Sarah Adams, Kasey Bernu, Yvette Campbell, Kimberly Ellingson, Rachal Johnson, Michael McConkey, Sharon Vold, and Daniel Yantes (collectively, the "Employee Defendants"), by and through their undersigned counsel, hereby move the Court for an order compelling discovery from Plaintiff Old National Bank ("ONB") pursuant to Federal Rules of Civil Procedure 26, 33, and 37.

The Employee Defendants' motion requests relief including, but not limited to, an order compelling ONB to fully answer Interrogatory 21. The Employee Defendants also seek an order awarding reasonable costs and attorneys' fees incurred in their efforts to obtain discovery from ONB.

In support of their motion, the Employee Defendants incorporate and rely upon their corresponding Memorandum of Law, the Declaration of Heidi J. Bassett, and the arguments of counsel at the hearing.

Dated: October 14, 2026

**SPENCER FANE LLP**

*/s/ Heidi J. Bassett*
Randi J. Winter, #391354
Heidi J. Bassett, #386386
Ariel K. Lierz, #397355
100 South Fifth Street, Suite 2500
Minneapolis, MN 55402
Phone: (612) 268-7007
rwinter@spencerfane.com
hbassett@spencerfane.com
alierz@spencerfane.com

*Counsel for Employee Defendants*