**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Old National Bank,

Plaintiff,

v.

Sarah Adams, Kasey Bernu, Yvette Campbell, Kimberly Ellingson, Rachal Johnson, Michael McConkey, Sharon Vold, Daniel Yantes, and Bell Bank,

Defendants.

Court File No. 0:25-CV-04636 (PJS/LIB)

**DECLARATION OF HEIDI BASSETT IN SUPPORT OF SECOND MOTION TO COMPEL**

I, Heidi Bassett, declare as follows:

1. I am a partner with the law firm Spencer Fane, LLP, and counsel for Defendants Sarah Adams, Kasey Bernu, Yvette Campbell, Kimberly Ellingson, Rachal Johnson, Michael McConkey, Sharon Vold, and Daniel Yantes (collectively, the "Employee Defendants") in the above-captioned action. I submit this declaration in support of the Employee Defendants' Second Motion to Compel. The facts stated herein are based on my personal knowledge and examination of the cited documents.

2. The Employee Defendants served their Fourth Set of Interrogatories and Requests for Production on Plaintiff Old National Bank ("ONB") on September 4, 2026.

3. Attached as **Exhibit 1** is a true and correct copy of ONB's Answers and Objections to the Employee Defendants' Fourth Set of Interrogatories, which were served on October 2, 2026.

4. Attached as **Exhibit 2** is a true and correct copy of correspondence I sent to the Court on September 10, 2026.

5. I thoroughly reviewed ONB's May 8, 2026 document production, which consisted of 276 documents spanning 1721 pages. Of these documents, I identified the following, consisting of 548 pages in 9 documents, which I believe are referenced in ONB's First Amended Complaint:

a. Spreadsheet referenced in paragraph 74(a) (1 page);

b. Consent and Joinder referenced in paragraph 74(b) (2 pages);

c. Amended and Restated Declaration referenced in paragraph 74(c) (49 pages);

d. First Amendment to Master Declaration referenced in paragraph 74(c) (74 pages);

e. List of "residential lots" referenced in paragraph 74(d) (1 page);

f. List of "residential lots tied" referenced in paragraph 74(d) (1 page);

g. 2 appraisals referenced in paragraph 74(e) (417 pages); and

h. Proposal referenced in paragraph 76(a) (3 pages).

6. I also identified 93 documents spanning 338 pages that did not all appear to correspond with documents in the First Amended Complaint:

a. 10 publicly available court filings in this lawsuit (167 pages);

b. 10 documents consisting of copies of the cease and desist letters ONB sent to the defendants with the Fedex labels for the letters (86 pages);

c. 17 individually scanned pages from Bremer Bank's code of conduct (17 pages);

d. 12 emails and letters from the Employee Defendants providing notice of their resignations or retirements (12 pages);

e. 5 documents containing the terms of Bremer Bank's long-term and corporate incentive plans (17 pages);

f. 7 screenshots of the Employee Defendants' publicly viewable LinkedIn activity (7 pages);

g. 4 video files and 26 screenshots from the videos extracted from ONB's security cameras (30 pages);

h. a generic Microsoft Teams cheat sheet; and

i. a single internal email regarding closure of the Brainerd branch.

7. During my review of this document set, I was unable to identify the following documents referenced in the First Amended Complaint, many of which would consist of volumes of pages, particularly where they are described as "more than a dozen" documents in a single category:

a. Call list spreadsheet referenced in paragraph 75;

b. Loan file of Customer A.H. referenced in paragraph 76(a);

c. Customer account verification letters and covenant waivers referenced in paragraph 76(b);

d. Loan file and closing documents referenced in paragraph 77(a);

e. Account statements referenced in paragraph 77(b);

f. CLT Project Finances spreadsheet referenced in paragraph 78;

g. Customer income tax return referenced in paragraph 79(a);

h. More than 2 dozen emails referenced in paragraph 79(b);

i. More than a dozen account statements referenced in paragraph 79(c);

j. "How to Guide RE Leases" referenced in paragraph 79(d);

k. Pipeline reports referenced in paragraph 79(e); and

l. Spreadsheet of matured and maturing notes referenced in paragraph 80.

8. Attached as **Exhibit 3** is a true and correct copy of email correspondence I exchanged with counsel for ONB between October 5 and 7, 2026.

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on October 14, 2026 in Hennepin County, Minnesota.

*s/ Heidi J. Bassett*
Heidi J. Bassett