# EXHIBIT 2

SpencerFane

Heidi Bassett
Direct Dial: (612) 268-7110
hbassett@spencerfane.com

September 10, 2026

**<u>Sent Via Email to: Brisbois_chambers@mnd.uscourts.gov</u>**

The Honorable Leo I. Brisbois
Magistrate Judge, District of Minnesota
United States District Court
515 West 1st Street, Room 412
Duluth, MN 55802-1397

**RE: *Old National Bank v. Sarah Adams, et al.*; Court File No. 24-CV-04636 (PJS/LIB)**

Dear Magistrate Judge Brisbois:

On behalf of the Employee Defendants, I write to advise the Court that two of the issues raised in the Motion to Compel heard on September 2, 2026, have been resolved. The resolved issues are summarized as follows:

1. The motion sought a complete answer to Interrogatory 1, and through meet-and-confer efforts between counsel, we requested the identification of documents referenced in the First Amended Complaint. Following the hearing, we served an additional interrogatory seeking the bates numbers of documents discovered during Plaintiff's investigation that were referenced in its pleading, so we informed Plaintiff's counsel that we will withdraw the motion as to this issue.

   With this development, the Employee Defendants' motion seeks only an order compelling a complete answer to Interrogatory 1 as written. This includes a description of all of Plaintiff's investigative actions and its communications with employees and customers. (Doc. 101, pp. 13-14; Doc. 102, Ex. B.)

2. The motion also sought complete video surveillance footage in response to Request for Production 2. Following the hearing, we served an additional request for production seeking complete footage at the Brainerd and Baxter bank branches between 7 a.m. and noon on December 8, 2025, so we will also withdraw the motion as to this issue.

   The motion now seeks only an order compelling a complete response Request for Production 2 as written. This includes production of all responsive, nonprivileged documents, regardless of whether Plaintiff was "willing" to provide such documents to its counsel. (Doc. 101, pp. 5, 14; Doc 102, Ex A.)

SpencerFane®

We appreciate the Court's attention to this matter, and we hope that these resolved issues will assist in narrowing the scope of review.

Respectfully submitted,

Spencer Fane LLP

Heidi J. Bassett

cc: All Counsel of Record (via email)