# EXHIBIT 3

**From:** Zachary Mulcrone <zmulcrone@grglegal.com>
**Sent:** Wednesday, October 7, 2026 9:42 AM
**To:** Bassett, Heidi; Solberg, Melissa; Chris Griesmeyer; April Bernath; Mack Reed; Roger.Yang@jacksonlewis.com; Pakou.Vang@jacksonlewis.com; Jonathan Norrie; Samantha Buckman; Patricia Jones
**Cc:** Lierz, Ariel; Winter, Randi
**Subject:** [EXTERNAL] RE: Old National Bank v. Sarah Adams, et al., 25-cv-04636 (PJS/LIB) - 9/4/2026 Employee Defendants' Discovery

**[Warning] This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.**

Both

**Zachary Mulcrone**
**Greiman, Rome & Griesmeyer, LLC**
205 W. Randolph Street, Suite 2300
Chicago, Illinois 60606
(312) 428-2746 (Direct)
(847) 567-4556 (Mobile)

GRG GREIMAN, ROME & GRIESMEYER, LLC
business advisors. litigation professionals.

This message (and any attachments) may contain information that is privileged and confidential. If you have received this message in error, please reply to notify us of the error and then immediately delete the message and any attached files.

**From:** Bassett, Heidi <hbassett@spencerfane.com>
**Sent:** Tuesday, October 6, 2026 1:31 PM
**To:** Zachary Mulcrone <zmulcrone@grglegal.com>; Solberg, Melissa <msolberg@spencerfane.com>; Chris Griesmeyer <cgriesmeyer@grglegal.com>; April Bernath <abernath@grglegal.com>; Mack Reed <mack.reed@jacksonlewis.com>; Roger.Yang@jacksonlewis.com; Pakou.Vang@jacksonlewis.com; Jonathan Norrie <jnorrie@banclaw.com>; Samantha Buckman <sbuckman@banclaw.com>; Patricia Jones <pjones@banclaw.com>
**Cc:** Lierz, Ariel <alierz@spencerfane.com>; Winter, Randi <rwinter@spencerfane.com>
**Subject:** RE: Old National Bank v. Sarah Adams, et al., 25-cv-04636 (PJS/LIB) - 9/4/2026 Employee Defendants' Discovery

***WARNING EXTERNAL MESSAGE***
Zach,

Is your motion directed at the Employee Defendants, or just Bell Bank?

Thanks,
Heidi

**Heidi Bassett** Partner
Spencer Fane LLP

201 North Franklin Street, Suite 2150 | Tampa, FL 33602
100 South Fifth Street, Suite 2500 | Minneapolis, MN 55402
612.268.7110

hbassett@spencerfane.com | spencerfane.com

**From:** Zachary Mulcrone <zmulcrone@grglegal.com>
**Sent:** Monday, October 5, 2026 4:45 PM
**To:** Bassett, Heidi <hbassett@spencerfane.com>; Solberg, Melissa <msolberg@spencerfane.com>; Chris Griesmeyer <cgriesmeyer@grglegal.com>; April Bernath <abernath@grglegal.com>; Mack Reed <mack.reed@jacksonlewis.com>; Roger.Yang@jacksonlewis.com; Pakou.Vang@jacksonlewis.com; Jonathan Norrie <jnorrie@banclaw.com>; Samantha Buckman <sbuckman@banclaw.com>; Patricia Jones <pjones@banclaw.com>
**Cc:** Lierz, Ariel <alierz@spencerfane.com>; Winter, Randi <rwinter@spencerfane.com>
**Subject:** [EXTERNAL] RE: Old National Bank v. Sarah Adams, et al., 25-cv-04636 (PJS/LIB) - 9/4/2026 Employee Defendants' Discovery

**[Warning] This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.**

Hi Heidi,

We have confirmed 1:30 p.m. on Oct. 28.

As to the interrogatory you mention, ONB answered the question the Employee Defendants asked.

Thanks,
Zach

**Zachary Mulcrone**
**Greiman, Rome & Griesmeyer, LLC**
205 W. Randolph Street, Suite 2300
Chicago, Illinois 60606
(312) 428-2746 (Direct)
(847) 567-4556 (Mobile)

GREIMAN, ROME & GRIESMEYER, LLC
business advisors. litigation professionals.

This message (and any attachments) may contain information that is privileged and confidential. If you have received this message in error, please reply to notify us of the error and then immediately delete the message and any attached files.

**From:** Bassett, Heidi <hbassett@spencerfane.com>
**Sent:** Monday, October 5, 2026 1:57 PM
**To:** Zachary Mulcrone <zmulcrone@grglegal.com>; Solberg, Melissa <msolberg@spencerfane.com>; Chris Griesmeyer <cgriesmeyer@grglegal.com>; April Bernath <abernath@grglegal.com>; Mack Reed <mack.reed@jacksonlewis.com>; Roger.Yang@jacksonlewis.com; Pakou.Vang@jacksonlewis.com; Jonathan Norrie <jnorrie@banclaw.com>; Samantha Buckman <sbuckman@banclaw.com>; Patricia Jones <pjones@banclaw.com>
**Cc:** Lierz, Ariel <alierz@spencerfane.com>; Winter, Randi <rwinter@spencerfane.com>
**Subject:** RE: Old National Bank v. Sarah Adams, et al., 25-cv-04636 (PJS/LIB) - 9/4/2026 Employee Defendants' Discovery

***WARNING EXTERNAL MESSAGE***
Zach,

Did you confirm your hearing for October 28 with Judge Brisbois' chambers? I don't see that I heard back either way about this, and we need to note our calendar if you did. We will also ask the Court for permission to add a counter-motion to the hearing.

During several of our conversations, you insisted that we should issue another interrogatory asking ONB to identify documents referenced in its Amended Complaint by bates number if we wanted help finding the documents. We did so in our fourth set of interrogatories, but rather than answer in good faith, ONB (once again) effectively told us to dig through its productions (ONB00000001 – ONB00001721) and figure it out for ourselves.

We've met and conferred about this issue multiple times, but I remain available to try again. I anticipate we will also need to include ONB's "contention interrogatory" objection in refusing to disclose any damages, as well as the outstanding issues from ONB's refusal to respond to our second and third sets of discovery, which you and I recently discussed.

I will follow with a more complete summary of issues to be addressed in a motion, but please confirm whether you have a hearing set.

Thanks,
Heidi

**Heidi Bassett** Partner
Spencer Fane LLP

201 North Franklin Street, Suite 2150 | Tampa, FL 33602
100 South Fifth Street, Suite 2500 | Minneapolis, MN 55402
612.268.7110
hbassett@spencerfane.com | spencerfane.com

---

**From:** Zachary Mulcrone <zmulcrone@grglegal.com>
**Sent:** Friday, October 2, 2026 4:30 PM
**To:** Solberg, Melissa <msolberg@spencerfane.com>; Chris Griesmeyer <cgriesmeyer@grglegal.com>; April Bernath <abernath@grglegal.com>; Mack Reed <mack.reed@jacksonlewis.com>; Roger.Yang@jacksonlewis.com; Pakou.Vang@jacksonlewis.com; Jonathan Norrie <jnorrie@banclaw.com>; Samantha Buckman <sbuckman@banclaw.com>; Patricia Jones <pjones@banclaw.com>
**Cc:** Lierz, Ariel <alierz@spencerfane.com>; Winter, Randi <rwinter@spencerfane.com>; Bassett, Heidi <hbassett@spencerfane.com>
**Subject:** [EXTERNAL] RE: Old National Bank v. Sarah Adams, et al., 25-cv-04636 (PJS/LIB) - 9/4/2026 Employee Defendants' Discovery

**[Warning] This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.**

---

Hi all,

Attached are ONB's responses and objections.

Thanks,
Zach

**Zachary Mulcrone**

**Greiman, Rome & Griesmeyer, LLC**
205 W. Randolph Street, Suite 2300
Chicago, Illinois 60606
(312) 428-2746 (Direct)
(847) 567-4556 (Mobile)

GREIMAN, ROME & GRIESMEYER, LLC
business advisors. litigation professionals.

This message (and any attachments) may contain information that is privileged and confidential. If you have received this message in error, please reply to notify us of the error and then immediately delete the message and any attached files.

---

**From:** Solberg, Melissa <msolberg@spencerfane.com>
**Sent:** Friday, September 4, 2026 10:56 AM
**To:** Chris Griesmeyer <cgriesmeyer@grglegal.com>; Zachary Mulcrone <zmulcrone@grglegal.com>; April Bernath <abernath@grglegal.com>; Mack Reed <mack.reed@jacksonlewis.com>; Roger.Yang@jacksonlewis.com; Pakou.Vang@jacksonlewis.com; Jonathan Norrie <jnorrie@banclaw.com>; Samantha Buckman <sbuckman@banclaw.com>; Patricia Jones <pjones@banclaw.com>
**Cc:** Lierz, Ariel <alierz@spencerfane.com>; Winter, Randi <rwinter@spencerfane.com>; Bassett, Heidi <hbassett@spencerfane.com>
**Subject:** Old National Bank v. Sarah Adams, et al., 25-cv-04636 (PJS/LIB) - 9/4/2026 Employee Defendants' Discovery

***WARNING EXTERNAL MESSAGE***
Counsel,

In connection with the above-referenced matter, attached and served upon you please find the following:

1. Employee Defendants' Fourth Set of Interrogatories to Plaintiff; and
2. Employee Defendants' Fourth Set of Requests for Production of Documents to Plaintiff.

Sincerely,

**Melissa Solberg** Paralegal Assistant
Spencer Fane LLP

100 South Fifth Street, Suite 2500 | Minneapolis, MN 55402
**O** 612.268.7056 |

msolberg@spencerfane.com | spencerfane.com