**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Old National Bank,<br><br>Plaintiff,<br><br>v.<br><br>Sarah Adams, Kasey Bernu, Yvette Campbell, Kimberly Ellingson, Rachal Johnson, Michael McConkey, Sharon Vold, Daniel Yantes, and Bell Bank,<br><br>Defendants. | Court File No. 0:25-CV-04636 (PJS/LIB)<br><br>**LOCAL RULE 7.1(a)(1) MEET AND CONFER STATEMENT** |

Counsel for the Employee Defendants met and conferred with counsel for Plaintiff Old National Bank via email correspondence on October 2, 5-7, and 13, 2026, but were unable to agree on the resolution of any part of the motion. The parties have not yet had an opportunity to confer by phone conference, because the undersigned underwent surgery and was hospitalized on October 7, 2026. The undersigned counsel anticipates that the parties will continue to meet and confer until the date of the hearing, and will provide a further meet and confer statement to the Court.

Dated: October 14, 2026

**SPENCER FANE LLP**

*/s/ Heidi J. Bassett*
Randi J. Winter, #391354
Heidi J. Bassett, #386386
Ariel K. Lierz, #397355
100 South Fifth Street, Suite 2500
Minneapolis, MN 55402
Phone: (612) 268-7007
rwinter@spencerfane.com
hbassett@spencerfane.com
alierz@spencerfane.com

*Counsel for Employee-Defendants*