# EXHIBIT 1

**From:** Bassett, Heidi
**Sent:** Wednesday, June 10, 2026 2:44 PM
**To:** 'Zachary Mulcrone'; Winter, Randi; Solberg, Melissa; Jewison, Bethany; Wolf, Luke; Lierz, Ariel
**Cc:** Chris Griesmeyer; April Bernath; Reed, Mack; Jonathan Norrie; Samantha Buckman; Patricia Jones; Haven Wojciak
**Subject:** RE: ONB v. Adams: Employee Defendants

Hi Zach,

Thank you for your patience as we reviewed the research you provided. What do you make of this excerpt?

> [O]nce a subpart of an interrogatory introduces a line of inquiry that is separate and distinct from the inquiry made by the portion of the interrogatory that precedes it, the subpart must be considered a separate interrogatory no matter how it is designated.

*Henschen & Assocs., LLC v. Am. Portfolios Fin. Servs., Inc.*, No. CV 10-3590 (SRN/JSM), 2012 WL 13027961, at *6 (D. Minn. Apr. 9, 2012) (citation modified).

If we read ONB's interrogatories in this context, an answer from each Employee Defendant is separate and distinct from the others. I think *Farmers Ins. Exch. v. West*, No. CV 11-2297 (PAM/JJK), 2012 WL 12894845 (D. Minn. Sept. 21, 2012) is instructive. There, an interrogatory asked for the factual basis for 14 affirmative defenses, each of which "involve[d] a different inquiry and depend[ed] upon distinct facts." *Id.* at *8. The court found the interrogatory consisted of 14 discreet subparts because "the factual basis for each affirmative defense [was] not logically or factually subsumed within or necessarily related [to] the factual basis for every other affirmative defense." *Id.* If ONB did not intend that each Employee Defendant should answer according to their own activities, knowledge, etc., how do you propose their answers would be combined?

Finally, regarding our earlier conversation with Chris about the number of discovery requests, I think you misunderstood. This wasn't a hearing; the discussion occurred while we were preparing the joint Rule 26 report, and I explained to Chris that if ONB expects individual answers from each of the 8 employee defendants, they would each count as a separate interrogatory.

I look forward to hearing your thoughts on the *Farmers* case.

Thanks,
Heidi

**Heidi Bassett** Partner
Spencer Fane LLP

100 South Fifth Street, Suite 2500 | Minneapolis, MN 55402
O 612.268.7110