# EXHIBIT 2

| | |
|---|---|
| **From:** | Bassett, Heidi |
| **Sent:** | Thursday, September 10, 2026 8:48 AM |
| **To:** | 'Zachary Mulcrone'; Lierz, Ariel; Solberg, Melissa; Winter, Randi; Jonathan Norrie; Samantha Buckman; Patricia Jones |
| **Cc:** | Chris Griesmeyer; April Bernath; Mack Reed; Roger Yang; Pakou Vang |
| **Subject:** | RE: ONB - Motion to Compel and other Discovery |

Hi Zach,

Sorry to keep you waiting. I was out for a minor medical procedure on Tuesday.

I agree that a call with counsel for all parties is warranted so we can ensure we're all on the same page with respect to mediation and discovery. It sounds like Jonathan is out today and tomorrow, but he can talk on Tuesday at 8 a.m. Does that work for you?

In the meantime, let's proceed with a call to address the issues specific to ONB and the Employee Defendants. That will narrow the scope of our call with Jonathan. I can talk any time tomorrow starting at 11 a.m., so just let me know when is good for you. In the meantime, I'll work to get caught up on the items you identified so we can make the conversation as productive as possible. I appreciate your patience while I'm getting back on my feet.

Thanks,
Heidi

**Heidi Bassett** Partner
Spencer Fane LLP

100 South Fifth Street, Suite 2500 | Minneapolis, MN 55402
O 612.268.7110
hbassett@spencerfane.com | spencerfane.com

**From:** Zachary Mulcrone <zmulcrone@grglegal.com>
**Sent:** Tuesday, September 8, 2026 10:25 AM
**To:** Bassett, Heidi <hbassett@spencerfane.com>; Lierz, Ariel <alierz@spencerfane.com>; Solberg, Melissa <msolberg@spencerfane.com>; Winter, Randi <rwinter@spencerfane.com>; Jonathan Norrie <jnorrie@banclaw.com>; Samantha Buckman <sbuckman@banclaw.com>; Patricia Jones <pjones@banclaw.com>
**Cc:** Chris Griesmeyer <cgriesmeyer@grglegal.com>; April Bernath <abernath@grglegal.com>; Mack Reed <mack.reed@jacksonlewis.com>; Roger Yang <roger.yang@jacksonlewis.com>; Pakou Vang <pakou.vang@jacksonlewis.com>
**Subject:** [EXTERNAL] RE: ONB - Motion to Compel and other Discovery

**[Warning] This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.**

Thanks, Heidi.

During the conference, we can discuss ONB's responses to Defendants' second and third sets of discovery, the proposed search terms for RFPs 11 and 17, and the other issues identified in your email. I will also confirm the status of ONB's production in response to RFPs 5, 7, 8, 9, and 10.

We will also need to address during the conference Defendants' outstanding discovery. ONB served its document requests and interrogatories on April 8, and Defendants responded on May 8. ONB then provided proposed search terms for the Employee Defendants on May 28 and Bell Bank on June 5. More than three months have passed since those terms were provided. Although the Employee Defendants have produced some documents, they have not disclosed how much remains to be reviewed or produced, where their review stands, or when production will be substantially and finally complete. Bell Bank has produced only personnel files and has provided no schedule for its broader production. At the conference, we need a status report and concrete production schedule from the Employee Defendants and Bell Bank. Counsel for each should be prepared to address:

- Whether the proposed searches have been run and whether any issues remain concerning the search terms, custodians, sources, date ranges, or scope of production;
- The approximate volume collected, reviewed, produced, and remaining for review;
- Immediate production of every batch for which review has been completed;
- Weekly rolling productions beginning no later than September 14; and
- A substantial-completion date and a final completion date covering the agreed document production and corresponding privilege logs.

These dates bear directly on mediation. The parties have been discussing mediation with the understanding that they would first exchange the information they agreed to produce. We need firm production dates before selecting a mediation date because we currently cannot determine whether Defendants' productions will be completed within weeks or months.

The Employee Defendants' amended interrogatory answers remain outstanding as well. They agreed on August 4 to withdraw their numerosity objections and provide amended answers, but we have received none in the month since that agreement. Please confirm that the Employee Defendants will serve the complete, verified amended answers by Friday, September 11. If they do not plan to do so, we can discuss that issue during our conference as well.

We are available throughout Thursday and Friday. Please let us know a time that works for counsel for both the Employee Defendants and Bell Bank so that we can address all outstanding discovery issues in a single conference.

Thanks,
Zach

**Zachary Mulcrone**
**Greiman, Rome & Griesmeyer, LLC**
205 W. Randolph Street, Suite 2300
Chicago, Illinois 60606
(312) 428-2746 (Direct)
(847) 567-4556 (Mobile)

GRG GREIMAN, ROME & GRIESMEYER, LLC
business advisors. litigation professionals.

This message (and any attachments) may contain information that is privileged and confidential. If you have received this message in error, please reply to notify us of the error and then immediately delete the message and any attached files.