**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Old National Bank,

Plaintiff,

v.

Sarah Adams, Kasey Bernu, Yvette Campbell, Kimberly Ellingson, Rachal Johnson, Michael McConkey, Sharon Vold, Daniel Yantes, and Bell Bank,

Defendants.

Court File No. 0:25-CV-04636 (PJS/LIB)

**SUPPLEMENTAL**
**LOCAL RULE 7.1(a)(1) MEET AND CONFER STATEMENT**

---

Counsel for the Employee Defendants met and conferred with counsel for Plaintiff Old National Bank via telephone conference on October 19, 2026 to discuss the issues raised in their respective, pending motions to compel. The parties were unable to resolve either motion, but are continuing their efforts to narrow or resolve the issues.

Dated: October 21, 2026

**SPENCER FANE LLP**

*/s/ Heidi J. Bassett*

Randi J. Winter, #391354
Heidi J. Bassett, #386386
Ariel K. Lierz, #397355
100 South Fifth Street, Suite 2500
Minneapolis, MN 55402
Phone: (612) 268-7007
rwinter@spencerfane.com
hbassett@spencerfane.com
alierz@spencerfane.com

*Counsel for Employee-Defendants*